UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GERALD P. SMITH, JR. and
ANGELA SMITH,

        Plaintiffs,

v.

BLUE RIBBON TRANSPORT,
MICHAEL DAVID RODERICK,
and FRANCIS J. CAITO, INC. d/b/a
F.J. CAITO TRANSPORTATION,
jointly and severally,

        Defendants.
_____/

Case No. 1:06-CV-234

Hon. Richard Alan Enslen

**ORDER STRIKING SECOND
AFFIRMATIVE DEFENSE**

In accordance with the Opinion of this date;

**IT IS HEREBY ORDERED** that Plaintiffs Gerald P. Smith, Jr. and Angela Smith's Motion to Strike Affirmative Defense (Dkt. No. 35) is **GRANTED** and Defendants Blue Ribbon Transport and Michael David Roderick's second affirmative defense contained in their Answer and Affirmative Defenses (Dkt. No. 5) is **STRICKEN**.

Dated in Kalamazoo, MI:
March 19, 2007

    /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge